■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT D., Appellant. [608 NYS2d 874] —Appeal by the defendant from an amended judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered June 25, 1993, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of endangering the public health, safety, or environment in the second degree.

Ordered that the amended judgment is affirmed, and the matter is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (5).

The record fails to support the defendant's claims that his admission to violating his probation was improvident or baseless, or that his factual recitation cast significant doubt upon his guilt *(see, People v Lopez,* 71 NY2d 662; *People v Durant,* 198 AD2d 515; *People v Pernell,* 189 AD2d 833; *People v Nina,* 184 AD2d 593; *People v Minard,* 161 AD2d 607).

The defendant's remaining contentions are either unpreserved for appellate review or lacking in merit. Thompson, J. P., O'Brien, Ritter and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FIDELINA DEJESUS, Appellant. [608 NYS2d 865] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered March 10, 1992, convicting her of conspiracy in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Rosenblatt, Ritter, Krausman and Friedmann, JJ., concur.